UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-363-JMH

VELDA D. WILLOUGHBY,                                              PLAINTIFF

V.                           **MEMORANDUM ORDER**

MOTORISTS MUTUAL
  INSURANCE CO.,                                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the defendant's motion for a discovery conference. [DE #8].[1]

Plaintiff has not responded to the foregoing motion, and the time for responding thereto has not expired.

It appears that defendant's motion for a discovery conference is procedurally deficient in that prior to filing said motion, defendant's counsel failed to fully comply with numerical paragraph 1 of the district court's Scheduling Order entered on October 30, 2008, which provides, in relevant part, as follows:

> . . . No motions to compel, nor any other motions relating to a discovery dispute, shall be filed unless all counsel involved in such dispute have first conferred as directed by Fed.R.Civ.P. 37(a) (2) (A), **and said counsel have then conferred with Magistrate Judge Todd, by telephone conference call, and received his permission to file such motion, with such briefing thereupon as he shall direct by appropriate order.**

Order, p. 1 [DE #6] (emphasis added).

Prior to the filing of defendant's motion for a discovery conference, the Magistrate Judge was not advised by defendant's counsel of the present discovery dispute, and the Magistrate Judge

---

[1] Pursuant to numerical ¶ 1 of the district court's Scheduling Order entered herein on October 30, 2008, all discovery disputes were referred to the Magistrate Judge for resolution. [DE #6].

is aware of no telephone call from either defendant's counsel or plaintiff's counsel requesting the Magistrate Judge to attempt to informally resolve this discovery dispute in a telephone conference call.

Consequently, the Magistrate Judge will not entertain defendant's motion for a discovery conference on the merits at this time, due to the failure of defendant's counsel to fully comply with numerical paragraph 1 of the Scheduling Order prior to filing the subject motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's motion for a discovery conference [DE #8] is **DENIED WITHOUT PREJUDICE**.

2. In the event this discovery dispute has not been resolved, defendant is directed to contact the Magistrate Judge's office for the purpose of scheduling a telephone conference call with the Magistrate Judge in an effort to informally resolve this discovery dispute in a telephone conference call.

This 3rd day of February, 2009.

Signed By:
*James B. Todd*
United States Magistrate Judge