UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| VELDA D. WILLOUGHBY,    )<br>                              )<br>    Plaintiff,             )  Civil Action No. 5:08-363-JMH<br>                              )<br>v.                            )<br>                              )<br>                              )<br>MOTORISTS MUTUAL INSURANCE    )         **JUDGMENT**<br>COMPANY,                      )<br>                              )<br>    Defendant.                )| |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Order of even date and entered contemporaneously herewith,

**IT IS HEREBY ORDERED:**

(1) That Plaintiff's remaining claims in this action shall be, and the same hereby are, **DISMISSED WITH PREJUDICE.**

(2) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This is the 25th day of September, 2009.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge